ORIGINAL

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEX
**FILED**

NOV 1 8 2005

CLERK, U.S. DISTRICT COURT
By _____
Deputy

| | |
|---|---|
| **BAXA CORPORATION,** §<br>§ | |
| **Plaintiff,** § | **CIVIL ACTION NO.** _____ |
| § | |
| v. § | **JURY TRIAL DEMANDED** |
| § | |
| **FORHEALTH TECHNOLOGIES, INC.,** §<br>§ | **3 - 0 5 C V 2 2 7 4 - D** |
| **Defendant.** §<br>§ | |

## COMPLAINT

Plaintiff Baxa Corporation ("Baxa") alleges the following:

## JURISDICTION AND VENUE

1.      This is a civil action for patent infringement arising under the patent laws of the United States, 35 U.S.C. § 101, *et seq.*  This Court has subject matter jurisdiction under 28 U.S.C. §§ 1331 and 1338.  Venue is proper in this judicial district under 28 U.S.C. §§ 1391 and 1400(b).

## PARTIES

2.      Baxa is and was at all times relevant herein a Colorado corporation with its principal place of business at 14445 Grasslands Drive, Englewood, Colorado 80112.

3.      On information and belief, FORHEALTH Technologies, Inc. ("FORHEALTH") is and was at all times relevant herein a Delaware corporation with its principal place of business at 790 Fentress Boulevard, Daytona Beach, Florida 32114.

## THE PATENTS

4.      Baxa realleges paragraphs 1-3 of its Complaint.

5.      On October 25, 2005, United States Patent No. 6,957,522 B2 (the "'522 patent") entitled "Method and System for Labeling Syringe Bodies" was duly and legally issued to Brian Baldwin, *et al.* A true and correct copy of the '522 patent is attached hereto as Exhibit A. The patent has since been assigned to Baxa.

6.      On July 12, 2005, United States Patent No. 6,915,619 B2 (the "'619 patent") entitled "Method for Handling Syringe Bodies" was duly and legally issued to Brian Baldwin. A true and accurate copy of the '619 patent is attached hereto as Exhibit B. The patent has since been assigned to Baxa.

7.      On November 9, 2004, United States Patent No. 6,813,868 B2 (the "'868 patent") entitled "Method, System, and Apparatus for Handling, Labeling, Filling and Capping Syringes" was duly and legally issued to Brian Baldwin, et al. A true and accurate copy of the '868 patent is attached hereto as Exhibit C. The patent has since been assigned to Baxa.

## COUNT ONE

### (Infringement of U.S. Patent No. 6,957,522 B2)

8.      Baxa realleges paragraphs 1-7 of its Complaint.

9.      FORHEALTH has directly, indirectly, contributorily, and/or by inducement, literally or under the doctrine of equivalents, infringed and continues to infringe the '522 patent by its manufacture, use, sale, and/or offer for sale of products, within this judicial district and elsewhere in the United States, that infringe one or more claims of the '522 patent. FORHEALTH is liable for its infringement of the '522 patent pursuant to 35 U.S.C. § 271.

10.     Baxa is informed and believes, and thereon alleges, FORHEALTH's infringement of the '522 patent has been and continues to be willful, deliberate and in conscious disregard of Baxa's rights, making this an exceptional case within the meaning of 35 U.S.C. § 285.

11.     FORHEALTH's infringement of the '522 patent has caused and continues to cause damage to Baxa in an amount to be proven at trial.

## COUNT TWO

### (Infringement of U.S. Patent No. 6,915,619 B2)

12.     Baxa realleges paragraphs 1-11 of its Complaint.

13.     FORHEALTH has directly, indirectly, contributorily, and/or by inducement, literally or under the doctrine of equivalents, infringed and continues to infringe the '619 patent by its manufacture, use, sale, and/or offer for sale of products, within this judicial district and elsewhere in the United States, that infringe one or more claims of the '619 patent. FORHEALTH is liable for its infringement of the '619 patent pursuant to 35 U.S.C. § 271.

14.     Baxa is informed and believes, and thereon alleges, FORHEALTH's infringement of the '619 patent has been and continues to be willful, deliberate and in conscious disregard of Baxa's rights, making this an exceptional case within the meaning of 35 U.S.C. § 285.

15.     FORHEALTH's infringement of the '619 patent has caused and continues to cause damage to Baxa in an amount to be proven at trial.

## COUNT THREE

### (Infringement of U.S. Patent No. 6,813,868 B2)

16.     Baxa realleges paragraphs 1-15 of its Complaint.

17.     FORHEALTH has directly, indirectly, contributorily, and/or by inducement, literally or under the doctrine of equivalents, infringed and continues to infringe the '868 patent by its manufacture, use, sale, and/or offer for sale of products, within this judicial district and elsewhere in the United States, that infringe one or more claims of the '868 patent. FORHEALTH is liable for its infringement of the '868 patent pursuant to 35 U.S.C. § 271.

18.     Baxa is informed and believes, and thereon alleges, FORHEALTH's infringement of the '868 patent has been and continues to be willful, deliberate and in conscious disregard of Baxa's rights, making this an exceptional case within the meaning of 35 U.S.C. § 285.

19.     FORHEALTH's infringement of the '868 patent has caused and continues to cause damage to Baxa in an amount to be proven at trial.

## PRAYER FOR RELIEF

WHEREFORE, Baxa requests that judgment be entered in its favor and against FORHEALTH as follows:

1.     Declaring that FORHEALTH has infringed United States Patent Nos. 6,957,522 B2, 6,915,619 B2, and 6,813,868 B2;

2.     Permanently enjoining FORHEALTH, its officers, agents, employees, and those acting in privity with them, from further infringement, contributory infringement and/or inducing infringement of United States Patent Nos. 6,957,522 B2, 6,915,619 B2, and 6,813,868 B2;

3.     Awarding profits and other damages arising from FORHEALTH's infringement of United States Patent Nos. 6,957,522 B2, 6,915,619 B2, and 6,813,868 B2, including treble damages, to Baxa, together with prejudgment and post-judgment interest, in an amount according to proof;

4.     Declaring this to be an "exceptional case" within the meaning of 35 U.S.C. § 285 and awarding treble damages and reasonable attorneys' fees to Baxa; and

5.     Awarding Baxa such other costs and such further relief as the Court deems just and proper.

## DEMAND FOR JURY TRIAL

Pursuant to Rule 38 of the Federal Rules of Civil Procedure, Baxa demands a trial by jury on all issues triable of right by a jury.

DATED: November 18th, 2005

Respectfully Submitted,

BROWN MCCARROLL, L.L.P.

Richard A. Illmer
2001 Ross Avenue, Suite 2000
Dallas, Texas 75201
(214) 999-6100
Fax: (214) 999-6170

Of Counsel
David E. Sipiora
E. Joseph Benz III
TOWNSEND AND TOWNSEND
 AND CREW LLP
1200 Seventeenth Street, Suite 2700
Denver, Colorado 80202
(303) 571-4000
Fax: (303) 571-4321

60621047 v1

Reorder No. F1186-26R
JULIUS BLUMBERG, INC.
NYC 10013
©10% P.C.W.

(12) **United States Patent**

Baldwin et al.

(10) Patent No.: **US 6,957,522 B2**

(45) Date of Patent: **Oct. 25, 2005**

(54) **METHOD AND SYSTEM FOR LABELING SYRINGE BODIES**

(75) Inventors: **Brian Eugene Baldwin**, Centennial, CO (US); **Jason Conrad Morton**, Littleton, CO (US)

(73) Assignee: **Baxa Corporation**, Englewood, CO (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **10/727,097**

(22) Filed: **Dec. 3, 2003**

(65) **Prior Publication Data**

US 2004/0172915 A1 Sep. 9, 2004

**Related U.S. Application Data**

(63) Continuation of application No. 09/928,007, filed on Aug. 10, 2001, now Pat. No. 6,813,868.

(51) Int. Cl.$^7$ .................................. ..... ...... **B65B 61/02**

(52) U.S. Cl. ............................. **53/411**; 53/492; 53/399, 53/48.1; 53/250

(58) Field of Search ......................... 53/411, 399, 48.1, 53/250, 591, 136.1, 415; 156/552

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2,194,220 A | 3/1940 | Elder | 40/637 |
| 3,228,129 A | 1/1966 | Gwinn et al. | 40/21 |
| 3,391,694 A | 7/1968 | Spaeth | 128/218 |
| 3,597,826 A | 8/1971 | Shields | 29/208 |
| 3,599,389 A | 8/1971 | Hartman | 53/266 |
| 3,634,175 A * | 1/1972 | Delle Vite | 156/568 |
| 3,650,773 A * | 3/1972 | Bush et al. | 426/383 |
| 3,653,176 A | 4/1972 | Gess | 53/64 |
| 3,662,517 A | 5/1972 | Tascher et al. | 53/282 |
| 3,683,483 A | 8/1972 | Klettke | 29/208 |
| 3,698,383 A | 10/1972 | Baucom | 128/2 G |

(Continued)

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| WO | WO 98/32690 | 7/1998 | B67C/67/00 |

*Primary Examiner*—Scott A. Smith
*Assistant Examiner*—Brian Nash
(74) *Attorney, Agent, or Firm*—Marsh Fischmann & Breyfogle LLP

(57) **ABSTRACT**

An inventive method, system and apparatus are provided for syringe handling, and more particularly, for syringe labeling, filling and capping operations. To facilitate syringe handling, an inventive apparatus includes a plurality of syringe bodies interconnected in a predetermined orientation by a belt. Such belt may be of pliable construction and may define a predetermined spacing in between adjacent ones of the syringe bodies, such predetermined spacing corresponding with a distance between holders provided in a handling apparatus. The syringe handling apparatus may provide for the placement of contents-related information on belt segments between adjacent syringe bodies and for separating the belt segments, wherein a flap is left interconnected to each syringe body. The syringe handling apparatus may alternatively or also provide for automated filling of the syringe bodies wherein cap removal, filling and cap replacement operations are completed free from manual handling

**21 Claims, 22 Drawing Sheets**





**US 6,957,522 B2**

Page 2

## U.S PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,708,945 A | 1/1973 | Klettke | 52/22 |
| 3,713,771 A * | 1/1973 | Taylor et al. | 436/48 |
| 3,770,026 A * | 11/1973 | Isenberg | 141/2 |
| 3,791,009 A | 2/1974 | Gess | 29/208 |
| 3,801,291 A | 4/1974 | Shields | 29/208 |
| 3,802,987 A | 4/1974 | Noll | 156/296 |
| 3,807,119 A | 4/1974 | Shields | 53/22 |
| 3,823,818 A | 7/1974 | Shaw | 206/390 |
| 3,835,897 A | 9/1974 | Gess | 141/98 |
| 3,878,967 A | 4/1975 | Josin et al. | 221/88 |
| 3,885,562 A | 5/1975 | Lampkin | 128/218 R |
| 3,955,020 A | 5/1976 | Cavanagh et al. | 428/210 X |
| 3,994,085 A | 11/1976 | Groselake et al. | 283/81 X |
| 4,115,939 A | 9/1978 | Marks | 40/310 |
| 4,118,914 A | 10/1978 | Shields | 53/282 |
| 4,135,561 A | 1/1979 | Senelonge | 141/234 |
| 4,142,633 A | 3/1979 | Raghavachari et al. | 206/366 |
| 4,167,229 A | 9/1979 | Keusch et al. | 206/343 |
| 4,271,587 A | 6/1981 | Shields | 29/809 |
| 4,278,167 A | 7/1981 | Van Rouwem | 40/310 X |
| 4,312,523 A | 1/1982 | Haines | 282/18 |
| 4,372,681 A | 2/1983 | Sallenbach | 428/42.1 X |
| 4,501,306 A | 2/1985 | Chu et al. | 141/94 |
| 4,579,759 A | 4/1986 | Breuers | 428/36 |
| 4,628,969 A | 12/1986 | Jurgens, Jr. et al. | 141/1 |
| 4,658,974 A | 4/1987 | Fujita et al. | 40/310 X |
| 4,674,652 A | 6/1987 | Aten et al. | 221/3 |
| 4,718,463 A | 1/1988 | Jurgens, Jr. et al. | 141/11 |
| 4,763,930 A | 8/1988 | Matney | 283/81 |
| 4,815,625 A | 3/1989 | Filhol et al. | 220/23 4 |
| 4,842,028 A | 6/1989 | Kaufman et al. | 141/114 |
| 4,884,827 A | 12/1989 | Kelley | 283/81 |
| 4,907,394 A | 3/1990 | Tschepke et al. | 53/412 |
| 4,921,277 A | 5/1990 | McDonough | 283/81 |
| 5,024,347 A | 6/1991 | Baldwin et al. | 222/1 |
| 5,071,168 A | 12/1991 | Shamos | 283/117 |
| 5,157,894 A | 10/1992 | Mini et al. | 53/148 |
| 5,283,093 A | 2/1994 | All | 428/40 X |
| 5,321,933 A * | 6/1994 | Seifert et al. | 53/415 |
| 5,356,393 A | 10/1994 | Haber et al. | 604/222 |
| 5,366,249 A | 11/1994 | Diemert | 283/80 |
| 5,390,469 A | 2/1995 | Shimizu et al. | 53/53 |
| 5,410,827 A | 5/1995 | Smith | 40/630 X |
| 5,468,022 A | 11/1995 | Linder et al. | 283/81 X |
| 5,609,712 A | 3/1997 | Takumi | 156/298 |
| 5,651,775 A | 7/1997 | Walker et al. | 604/207 |
| 5,692,640 A | 12/1997 | Caulfield et al. | 227/70 |
| 5,765,345 A | 6/1998 | Svec | 53/453 |
| 5,884,457 A | 3/1999 | Ortiz et al. | 53/468 |
| 5,954,700 A | 9/1999 | Kovelman | 604/232 |
| 5,984,901 A | 11/1999 | Sudo et al. | 604/227 |
| 6,012,595 A * | 1/2000 | Thilly | 211/60.1 |
| 6,070,761 A | 6/2000 | Bloom et al. | 222/81 |
| 6,685,678 B2 * | 2/2004 | Evans et al. | 604/207 |
| 6,722,404 B2 * | 4/2004 | Osborne | 141/133 |

* cited by examiner



FIG.1



FIG.2



FIG.3



FIG.4



FIG.5



FIG.6a



FIG.6b



FIG.6c



FIG.6d



FIG.6e



FIG.7a



FIG.7b

FIG.8a



FIG.8b



FIG.8c



FIG.8d



FIG.9



FIG.10



FIG.11b



FIG.11d



FIG.11a



FIG.11c





FIG.11f

FIG.11h

FIG.11e

FIG.11g



FIG.12A

FIG.12b

FIG.12c



FIG.13a



FIG.13b

FIG.13c